# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 726-1 | **DATE** | 11/6/2007 |
| **CASE TITLE** | USA vs. Nidal Hammad | | |

**DOCKET ENTRY TEXT**

Gerald Collins is granted leave to withdraw as Counsel for Defendant. Dennis Doherty files his appearance as retained counsel for Defendant. The Defendant waives his right to a Preliminary Examination. Enter a Finding of Probable Cause. The Defendant is ordered Bound to the District Court for further proceedings. Detention hearing held; the defendant is ordered released. *AK*

Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | AC |
|---|---|---|