UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   07 GJ 830 |
| v. | ) | 07 CR 726 |
| | ) | |
| NIDAL AHMAD | ) | Chief Judge James F. Holderman |
| | ) | |

**GOVERNMENT'S AGREED MOTION FOR AN EXTENSION OF TIME TO RETURN INDICTMENT PURSUANT TO 18 U.S.C. § 3161(h)**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court, pursuant to 18 U.S.C. § 3161(h)(8), for a 90-day of time, to and including March 1, 2008, in which to seek the return of an indictment against the defendants, for the following reasons:

1.   This investigation was initiated in September 2007, and involves an individual whom the government charged by way of complaint on or about November 2, 2007 with attempting to possess with intent to defraud in excess of fifteen unauthorized access devices, in violation of Title 18 of the United States Code, Sections 1029(a)(3) and (b)(1). As outlined in the complaint, it is alleged that NIDAL AHMAD is involved in a scheme involving stolen and fraudulently obtained cellular phones and SIM cards.

2.   There is one primary factor that has led to the government's request for an extension. That factor is stated in the Attachment hereto, which the government respectfully requests be placed under seal. The government is requesting that this Attachment be sealed so as not to compromise its ongoing investigation and so as not to reveal matters occurring before the Grand Jury.

3. On or about November 2, 2007, AHMAD was arrested. AHMAD was released on his own recognizance and an unsecured bond of $5000. AHMAD waived his right to a preliminary hearing in this case.

4. Given the reasons stated in the government's sealed Attachment, the thirty days available to the government pursuant to Title 18, United States Code, Section 3161(b) in which to file an indictment or information against a defendant based on his arrest will not be sufficient. The United States estimates that a 90-day extension from the current expiration date of December 1, 2007, to and including March 1, 2007, will be sufficient time within which to return an indictment in this matter.

5. Among the factors identified by Congress as relevant to the determination whether time should be extended for indictment are those set forth in 18 U.S.C. § 3161(h)(8)(B), which provide in relevant part:

> Whether, the failure to grant such a continuance in the proceeding would... result in a miscarriage of justice.
>
> Whether the failure to grant such continuance in a case which, taken as a whole, is not so unusual or so complex as to fall within clause (ii),... would deny counsel for... the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

18 U.S.C. §§ 3161(h)(8)(B)(i), (iv).

6. The government respectfully submits that the 90-day continuance is warranted in this case pursuant to the forgoing provisions. The government has been conducting a diligent and thorough investigation in this case, but the investigation includes a number of factors warranting an extension of time (as cited in the government's Attachment). The government cannot complete its investigation and appropriately conclude the investigation within the time allowed under Section

3161(b) of the Speedy Trial Act as currently extended.

8. Counsel for AHMAD has represented in person and in a phone call placed on or about November 28, 2007, that he does not object to the government's request for an extension of time to seek an indictment in this case.

WHEREFORE, the United States respectfully requests a 90-day extension of time from December 1, 2007 to and including March 8, 2007 in which to seek an indictment in this case.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney


By:   /s/ Michael J. Ferrara
      MICHAEL J. FERRARA
      Assistant United States Attorney
      United States Attorney's Office
      219 South Dearborn Street
      Chicago, Illinois 60604
      (312) 886-7649

Dated: November 29, 2007

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | No. | 07 GJ 830 |
| | ) | | 07 CR 719 |
| v. | ) | | |
| | ) | | |
| NIDAL AHMAD | ) | Chief Judge James F. Holderman | |
| | ) | | |

### NOTICE OF MOTION

To: Dennis Doherty
Attorney for NIDAL AHMAD
222 W. LaSalle St., Suite 200
Chicago, Illinois 60601

Please take notice that on this 29th day of November, 2007, the undersigned filed the following documents in the above-captioned matter, a copy of which attached hereto: **GOVERNMENT'S AGREED MOTION FOR AN EXTENSION OF TIME TO RETURN INDICTMENT PURSUANT TO 18 U.S.C. § 3161(h)**.

By: /s/ Michael J. Ferrara
MICHAEL J. FERRARA
Assistant United States Attorney
U.S. Attorney's Office
219 S. Dearborn Street
Chicago, Illinois 60604
(312) 886-7649

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.  07 GJ 830 |
| | ) | 07 GJ 719 |
| v. | ) | |
| | ) | |
| NIDAL AHMAD | ) | Chief Judge James F. Holderman |
| | ) | |

**CERTIFICATE OF SERVICE**

I, MICHAEL FERRARA, certify that on November 29, 2007, I caused the **Government's Agreed Motion for an Extension of Time to Return Indictment Pursuant to 18 U.S.C. § 3161(h)**: (1) to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division; and (2) a copy thereof mailed to:

Dennis Doherty
Attorney for NIDAL AHMAD
222 W. LaSalle St., Suite 200
Chicago, IL 60601

By: /s/ Michael J. Ferrara
MICHAEL J. FERRARA
Assistant United States Attorney
U.S. Attorney's Office
219 S. Dearborn Street
Chicago, IL 60604
(312) 886-7649