## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 726 | **DATE** | 11/30/2007 |
| **CASE TITLE** | USA vs. Nidal Ahmad | | |

**DOCKET ENTRY TEXT**

Government's agreed motion for an extension of time to return indictment [6] is granted. ENTER ORDER: It is hereby ordered that the time within which to file an indictment against the defendants be extended from December 1, 2007 to and including March 1, 2008.
X-T

■ [ For further detail see separate order(s).]　　Docketing to mail notices.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|