UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | No. | 07 CR 726 |
| | ) | | |
| v. | ) | | |
| | ) | | |
| NIDAL AHMAD | ) | Magistrate Judge Arlander Keys | |
| | ) | | |

**O R D E R**

Upon the Government's Agreed Motion to Dismiss Complaint without Prejudice in the

above-captioned case,

IT IS HEREBY ORDERED that the complaint in this matter is dismissed without prejudice.

ENTERED:

_____
Arlander Keys
Magistrate Judge

DATED: March  ___, 2008