UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | No. | 07 CR 726 |
| | ) | | 07 CR 726 |
| v. | ) | | |
| | ) | | |
| NIDAL AHMAD | ) | Magistrate Judge Arlander Keys |
| | ) | | |

## **NOTICE OF MOTION**

To:    Dennis Doherty
       Attorney for NIDAL AHAMD
       222 N. LaSalle St. Suite 200
       Chicago, Illinois 60601

Please take notice that on this 29th day of November, 2007, the undersigned filed the following

documents in the above-captioned matter, a copy of which attached hereto:  **GOVERNMENT'S**

**AGREED MOTION FOR TO DISMISS COMPLAINT WITHOUT PREJUDICE**.

By:/s/ Michael J. Ferrara
    MICHAEL J. FERRARA
    Assistant United States Attorney
    U.S. Attorney's Office
    219 S. Dearborn Street
    Chicago, Illinois 60604
    (312) 886-7649