UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.   07 CR 726 |
| | ) | |
| v. | ) | |
| | ) | |
| NIDAL AHMAD | ) | Magistrate Judge Arlander Keys |
| | ) | |

**CERTIFICATE OF SERVICE**

I, MICHAEL FERRARA, certify that on March 3, 2008, I caused the Government's Agreed Motion to Dismiss Complaint without Prejudice: (1) to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division; and (2) on March 3, 2008 caused a copy thereof mailed to:

>Dennis Doherty
>Attorney for NIDAL AHMAD
>222 W. LaSalle St. Suite 200
>Chicago, Illinois 60601

>By: /s/ Michael J. Ferrara
>MICHAEL J. FERRARA
>Assistant United States Attorney
>U.S. Attorney's Office
>219 S. Dearborn Street
>Chicago, Illinois 60604
>(312) 886-7649