Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 726-1 | **DATE** | 3/3/08 |
| **CASE TITLE** | USA vs. Nidal Ashmad | | |

**DOCKET ENTRY TEXT**

The Government's Agreed Motion to dismiss Complaint as to Nidal Ashmad without Prejudice is granted (#10).

See attached oder for further detail

| | Courtroom Deputy Initials: | AC |
|---|---|---|

07CR717 USA vs. Pascual Roman                                                                                           Page 1 of 1