# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 726 | **DATE** | 3/14/08 |
| **CASE TITLE** | USA vs. Nidal Hamad | | |

**DOCKET ENTRY TEXT**

The Government's Agreed Motion to Dismiss Complaint without Prejudice as to Nidal Hamad is granted.

For further detail see attached order.

Docketing to mail notices.

| | | Courtroom Deputy Initials: | AC |
|---|---|---|---|