

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.    07 CR 726 |
| | ) | |
| v. | ) | |
| | ) | |
| NIDAL HAMAD | ) | Magistrate Judge Arlander Keys |
| | ) | |

## ORDER

Upon the Government's Agreed Motion to Dismiss Complaint without Prejudice in the above-captioned case,

IT IS HEREBY ORDERED that the complaint in this matter is dismissed without prejudice.

ENTERED:

_Arlander Keys_

Arlander Keys
Magistrate Judge

DATED: March 14, 2008